PHILO C. HUBBELL, Appellant, *v.* NELLIE HENRICKSON, Respondent, Impleaded with Others.

(Submitted June 1, 1903; decided June 9, 1903.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 175.)

---

In the Matter of the Application of HERMAN K. BLANCHARD et al., Respondents, for an Order Revoking the Liquor Tax Certificate of JOHN SWEENEY, Appellant.

*Matter of Blanchard,* 75 App. Div. 609, affirmed.
(Argued June 1, 1903; decided June 16, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 21, 1902, which affirmed an order of Special Term revoking the liquor tax certificate of John Sweeney.

*P. F. King* for appellant.

*T. A. Devereux* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.